UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 21-11439 |
|---|---|---|
| JOSEPH BONACCI and JESSI BONACCI | Chapter: | 7 |
| | Judge: | CMG |

### NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____June 8, 2021_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ____3____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   160 Pleasant Valley Road, Titusville, NJ
Value: $507,500.00

Liens on property:                Flagstar Bank - $449,673.50

Amount of equity claimed as exempt:  $19,000.00

Objections must be served on, and requests for additional information directed to:

Name:        Bunce D. Atkinson, Chapter 7 Trustee

Address:     1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030

Telephone No.:  (732) 449-0525

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 21-11439-CMG

Joseph Charles Bonacci                                                          Chapter 7

Jessi Ortiz Bonacci

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: pdf905 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Charles Bonacci, Jessi Ortiz Bonacci, 160 Pleasant Valley Road, Titusville, NJ 08560-2103 |
| 519120344 | + | AES/BELA - US Bank, 2500 Broadway POB 203101, Helena, MT 59620-3101 |
| 519120357 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519120358 | + | Hunterdon Medical Center OP, Certified Credit and Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519120363 | + | Sunnova Energy International, Inc., 20 Greenway Plaza, #540, Houston, TX 77046-2015 |
| 519120365 | #+ | Suzuki Medical Associates - Pennington, 3 Market Street, Suite 400, Plainsboro, NJ 08536-2080 |
| 519120368 | + | Valley National Bank, PO Box 953, Wayne, NJ 07474-0953 |
| 519120369 | + | Wells Fargo, PO Box 5185, Sioux Falls, SD 57117-5185 |
| 519120371 | + | Wells Fargo Card Service, Credit Bueau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 519120370 | + | Wells Fargo Card Service, Credit Bureau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 06 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 06 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519120345 | + | Email/Text: backoffice@affirm.com | May 06 2021 20:47:00 | Affirm, 30 Isabella Street,, Floor 4, Pittsburgh, PA 15212-5862 |
| 519120346 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 06 2021 22:14:50 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519120347 | + | Email/Text: bk.notifications@jpmchase.com | May 06 2021 20:46:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 519120348 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 06 2021 22:16:16 | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519120351 | + | Email/PDF: pa_dc_ed@navient.com | May 06 2021 22:14:56 | Dept of Ed / Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519120352 | + | Email/Text: electronicbkydocs@nelnet.net | May 06 2021 20:46:00 | Dept of Ed / Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519120356 | + | Email/Text: mrdiscen@discover.com | May 06 2021 20:45:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 519120359 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 06 2021 20:45:00 | IRS, 1719 Route 10 East, Parsippany, NJ 07054 |
| 519120362 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 06 2021 22:16:10 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 519120366 | + | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0312-3                                          User: admin                                          Page 2 of 2
Date Rcvd: May 06, 2021                                  Form ID: pdf905                                  Total Noticed: 24

| | | May 06 2021 22:16:08 | SYNCB/Athleta DC, PO Box 965024, Orlando, FL 32896-5024 |
|---|---|---|---|
| 519120367 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 06 2021 22:17:30 | SYNCB/Banarepdc, PO Box 965005, Orlando, FL 32896-5005 |
| 519121459 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | May 06 2021 22:16:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 14

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519120360 | | IRS |
| 519120349 | *+ | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519120350 | *+ | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519120353 | *+ | Dept of Ed / Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519120354 | *+ | Dept of Ed / Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519120355 | *+ | Dept of Ed / Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519120361 | *+ | Jessi Ortiz Bonacci, 160 Pleasant Valley Road, Titusville, NJ 08560-2103 |
| 519120364 | *+ | Sunnova Energy International, Inc., 20 Greenway Plaza, #540, Houston, TX 77046-2015 |
| 519120372 | *+ | Wells Fargo Card Service, Credit Bureau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor Pingora Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Scott H. Marcus | on behalf of Joint Debtor Jessi Ortiz Bonacci smarcus@npdlaw.com scottmarcusecf@gmail.com,plaws@marcuslaw.net,murbanski@marcuslaw.net;marcussr88726@notify.bestcase.com |
| Scott H. Marcus | on behalf of Debtor Joseph Charles Bonacci smarcus@npdlaw.com scottmarcusecf@gmail.com,plaws@marcuslaw.net,murbanski@marcuslaw.net;marcussr88726@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5