| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph Charles Bonacci<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8542<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jessi Ortiz Bonacci<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3995<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   21–11439–CMG | | |

# Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph Charles Bonacci　　　　　　　　　　Jessi Ortiz Bonacci
aka Jessi Glora Ortiz


6/4/21　　　　　　　　　　　　　　　　**By the court:**　Christine M. Gravelle
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-11439-CMG |
| Joseph Charles Bonacci | Chapter 7 |
| Jessi Ortiz Bonacci | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 04, 2021 | Form ID: 318 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Charles Bonacci, Jessi Ortiz Bonacci, 160 Pleasant Valley Road, Titusville, NJ 08560-2103 |
| 519120344 | + | AES/BELA - US Bank, 2500 Broadway POB 203101, Helena, MT 59620-3101 |
| 519120357 | | Flagstar Bank, PO Box 660263, Dallas, TX 75266-0263 |
| 519120358 | + | Hunterdon Medical Center OP, Certified Credit and Collection, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519120363 | + | Sunnova Energy International, Inc., 20 Greenway Plaza, #540, Houston, TX 77046-2015 |
| 519120365 | #+ | Suzuki Medical Associates - Pennington, 3 Market Street, Suite 400, Plainsboro, NJ 08536-2080 |
| 519120368 | + | Valley National Bank, PO Box 953, Wayne, NJ 07474-0953 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2021 21:15:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2021 21:15:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519120345 | + | Email/Text: backoffice@affirm.com | Jun 04 2021 21:17:00 | Affirm, 30 Isabella Street,, Floor 4, Pittsburgh, PA 15212-5862 |
| 519120346 | + | EDI: CAPITALONE.COM | Jun 05 2021 00:23:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519120347 | + | EDI: CHASEAUTO | Jun 05 2021 00:23:00 | Chase Auto Finance, PO Box 901076, Fort Worth, TX 76101-2076 |
| 519120348 | + | EDI: CITICORP.COM | Jun 05 2021 00:23:00 | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519120351 | + | EDI: NAVIENTFKASMDOE.COM | Jun 05 2021 00:23:00 | Dept of Ed / Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519120352 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 04 2021 21:16:00 | Dept of Ed / Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519120356 | + | EDI: DISCOVER.COM | Jun 05 2021 00:23:00 | Discover, PO Box 6103, Carol Stream, IL 60197-6103 |
| 519120359 | | EDI: IRS.COM | Jun 05 2021 00:23:00 | IRS, 1719 Route 10 East, Parsippany, NJ 07054 |
| 519120362 | | EDI: JPMORGANCHASE | Jun 05 2021 00:23:00 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 519120366 | + | EDI: RMSC.COM | Jun 05 2021 00:23:00 | SYNCB/Athleta DC, PO Box 965024, Orlando, FL 32896-5024 |
| 519120367 | + | EDI: RMSC.COM | | |

| Recip ID | Bypass | | Date/Time | Address |
|---|---|---|---|---|
| | | | Jun 05 2021 00:23:00 | SYNCB/Banarepdc, PO Box 965005, Orlando, FL 32896-5005 |
| 519121459 | + | EDI: RMSC.COM | | |
| | | | Jun 05 2021 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519120369 | + | EDI: WFFC.COM | | |
| | | | Jun 05 2021 00:23:00 | Wells Fargo, PO Box 5185, Sioux Falls, SD 57117-5185 |
| 519120370 | + | EDI: WFFC.COM | | |
| | | | Jun 05 2021 00:23:00 | Wells Fargo Card Service, Credit Bureau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 519120371 | + | EDI: WFFC.COM | | |
| | | | Jun 05 2021 00:23:00 | Wells Fargo Card Service, Credit Bueau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519120360 | | IRS |
| 519120349 | *+ | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519120350 | *+ | Citicards CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 519120353 | *+ | Dept of Ed / Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519120354 | *+ | Dept of Ed / Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519120355 | *+ | Dept of Ed / Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 519120361 | *+ | Jessi Ortiz Bonacci, 160 Pleasant Valley Road, Titusville, NJ 08560-2103 |
| 519120364 | *+ | Sunnova Energy International, Inc., 20 Greenway Plaza, #540, Houston, TX 77046-2015 |
| 519120372 | *+ | Wells Fargo Card Service, Credit Bureau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 1 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Denise E. Carlon | on behalf of Creditor Pingora Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Scott H. Marcus | on behalf of Joint Debtor Jessi Ortiz Bonacci smarcus@npdlaw.com scottmarcusecf@gmail.com,plaws@marcuslaw.net,murbanski@marcuslaw.net;marcussr88726@notify.bestcase.com |
| Scott H. Marcus | |

on behalf of Debtor Joseph Charles Bonacci smarcus@npdlaw.com
scottmarcusecf@gmail.com,plaws@marcuslaw.net,murbanski@marcuslaw.net;marcussr88726@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5