Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.:  21−11439−CMG
                        Chapter:  7
                        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph Charles Bonacci | Jessi Ortiz Bonacci |
| aka Jessi Glora Ortiz | 160 Pleasant Valley Road |
| 160 Pleasant Valley Road | Titusville, NJ 08560 |
| Titusville, NJ 08560 | |

Social Security No.:
  xxx−xx−8542                            xxx−xx−3995

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Bunce Atkinson is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 7, 2021</u>            <u>Christine M. Gravelle</u>
                                  Judge, United States Bankruptcy Court